## HALE ARMSTRONG v. STATE.

No. A-3036.    Opinion Filed November 16, 1918.

(175 Pac. 843.)

ABATEMENT OF PROSECUTION—Death. Where the death of appellant is suggested by his counsel of record, it will be ordered that all proceedings in prosecution abate, and the trial court will be directed to enter its appropriate order.

*Appeal from County Court, Seminole County;*
*D. G. Hart, Judge.*

Hale Armstrong was convicted of an unlawful sale of intoxicating liquor, and he appeals on a case-made. Proceedings ordered abated, and county court directed to enter its appropriate order to that effect.

*G. M. Snyder* and *W. Robert Burns,* for plaintiff in error.

*R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiff in error, Hale Armstrong, was convicted in the county court of Seminole county on a charge that he did sell to one Kennedy Wise one quart of intoxicating liquor, and by the judgment of the court was sentenced to be confined in the county jail for 60 days and to pay a fine of $100. From the judgment an appeal was perfected, by filing in this court on June 7, 1917, a petition in error with case-made.

The death of plaintiff in error has been suggested by his counsel of record. It is therefore adjudged and ordered that all proceedings in this prosecution be abated by reason of the death of the plaintiff in error, and the county court of Seminole county is directed to enter its appropriate order to that effect.